UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NICHOLS, et al.,                                    08 CV. 3306 (CM) (DCF)

                Plaintiffs,                   **NOTICE OF APPEARANCE**

   -against-

MAHONEY, et al.,

                Defendants.
------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action, as an attorney for plaintiffs, and requests that all papers served relating to the above matter, including papers filed electronically, be served to the undersigned at the following address and email:

Dated: April 7, 2008
       New York, New York

                                    O'DWYER & BERNSTIEN, LLP
                                    Attorneys for Plaintiffs
                                    52 Duane Street
                                    New York, NY  10007
                                    (212) 571-7100
                                    jmele@odblaw.com

                By:  _____
                                  Joy K. Mele (JM0207)