AFFIDAVIT OF PERSONAL SERVICE

INDEX # 08 CV 03306

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

Andre Nichols And Daniel Moraes

- against -

Michael T Mahoney Et Al

ODWYER & BERNSTEIN
52 Duane St
NEW YORK
NY 10007

(212) 571-7100

Atty File #          Record # 109296          File # 386

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Gary Hochman being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the State of New York:

That on 04/15/08 at 8:00pm   at 4 Brown Drive Pearl River Ny 11965
deponent served the within Summ Comp Judges' Rules Order & Civil Case Management Plan
by personally delivering to and leaving with said
Michael T Mahoney a true copy thereof,
At their usual place of abode. A private house.
and that deponent knew the person so served to be the person
described as said recipient therein.

A description of the person served is as follows:
Approx Age: 45 Years   Approx Weight: 175 Lbs.   Approx Height: 5'8"
Sex: Male   Color of Skin: White   Color of Hair: Grey
Other:

Deponent spoke to Michael T Mahoney same as above,
confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 04/21/08
Debra A. Scott #01SC6137374
Notary Public, State of New York
Nassau County, Commission Expires 11/21/09

Gary Hochman

**Supreme Judicial Services, Inc.**

371 Merrick Road • Rockville Centre, N.Y. 11570 • (516) 825-7600
225 Broadway • New York, N.Y. 10007 • (212) 319-7171
FAX (516) 568-0812