## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 cv 03306                                                          Purchased/Filed: April 2, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT                            SOUTHERN DISTRICT

*Andre Nichols, et ano*                                   Plaintiff

against

*Michael T. Mahoney, et al*                               Defendant

STATE OF NEW YORK    SS.:
COUNTY OF ALBANY

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___April 14, 2008___, at ___2:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint, Judges Rules, and Order
on

___EMC Contracting, Inc.___, the Defendant in this action, by delivering to and leaving with ___Donna Christie___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___38___    Approx. Wt: ___145___    Approx. Ht: ___5'5"___
Color of skin: ___White___    Hair color: ___Blonde___    Sex: ___F___    Other: _____

Sworn to before me on this

___17th___ day of ___April, 2008___

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0803491

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**