AFFIDAVIT OF SUITABLE SERVICE

INDEX # 08 CV 03306 N

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

Andre Nichols And Daniel Moraes

- against -

Michael T Mahoney Et Al

ODWYER & BERNSTEIN
52 Duane St
NEW YORK
NY 10007

(212) 571-7100

Atty File #          Record # 109297          File # 387

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Gary Hochman being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York:

That on 04/15/08 at 8:00pm   at 4 Brown Drive Pearl River Ny 11965
deponent served the within Summ Comp Judges' Rules Order & Civil Case Management Plan on
Emc New York Contracting C/O Michael T Mahoney
recipient therein named.

After your deponent was unable with due diligence to serve the
recipient in person, service was made by delivering a true copy
thereof to and leaving with Michael T Mahoney managing agent
a person of suitable age and discretion at 4 Brown Drive
Pearl River Ny 11965 said premises being the recipient's
usual place of abode a private house within the State of New York.

Deponent completed service by depositing a copy of the
Summ Comp Judges' Rules Order & Civil Case Management Plan on 04/21/08 in a postpaid,
properly addressed envelope by first class mail, bearing the legend
Personal & Confidential and not indicating legal action, in an offical
depository under the exclusive care and custody of the United States
Post Office in the State of New York.
Mailing was made to 4 Brown Drive Pearl River Ny 11965

Attempts:
A description of the person served on behalf of the defendant is
as follows:
Approx Age: 45 Years   Approx Weight: 175 Lbs.   Approx Height: 5'8"
Sex: Male    Color of Skin: White    Color of Hair: Grey
Other:

Deponent spoke to Michael T Mahoney - Managing Agent same as above,
confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 04/21/08
Debra A. Scott #01SC6137374
Notary Public, State of New York
Nassau County, Commission Expires 11/21/09

Gary Hochman

**Supreme Judicial Services, Inc.**

371 Merrick Road • Rockville Centre, N.Y. 11570 • (516) 825-7600
225 Broadway • New York, N.Y. 10007 • (212) 319-7171
FAX (516) 568-0812