MAY-07-2008 14:31 From:
05/07/2008 14:22 FAX 2125717124        ODB FAX
MAY-07-2008 14:10 From:
To:12125717124                    Page:2/2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ANDRE NICHOLS, and DANIEL MORAES

        Plaintiffs,

    against

MICHAEL T. MAHONEY, EMC CONTRACTING
INC., EMC NEW YORK CONTRACTING, and
EMC of NEW YORK, INC.,

        Defendants.
---------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

DOCKET NO. 08-cv-3306

STIPULATION

It is hereby stipulated by and between the attorneys for the Plaintiffs and all the defendants that the Defendants time to answer or move against the complaint be and hereby is extended to June 6, 2008.

Dated: May 7, 2008

Respectfully submitted,

O'DWYER & BERNSTIEN, LLP

By: _____
Joy K. Melo, Esq.
Attorneys for Plaintiffs
52 Duane Street, 5th Floor
New York, NY 10007
212-571-7100

By: George L. Santangelo (RF)
George L. Santangelo, Esq. (3474)
Attorneys for Defendants
111 Broadway, Suite 1706
New York, NY 10006
212-269-4488

SO ORDERED
_____
Colleen McMahon
USDJ

5-7-08

MAY-07-2008 14:22   From:2125717124   ID:   Page:002   R=96%