UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE NICHOLS and DANIEL MORAES,

                Plaintiffs,

- against -                      08-CV-3306 (CM)(DCF)

MICHAEL T. MAHONEY, EMC CONTRACTING INC., EMC NEW YORK CONTRACTING, and EMC of NEW YORK, INC.

                Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT:

    George L. Santangelo, Esq., 111 Broadway, New York, N.Y. 10006, (212) 269-4488, appears in the above captioned proceeding on behalf of all the Defendants.

                                              George L. Santangelo, Esq.
                                              Attorney for Defendants

TO:

Clerk Southern District

Honorable Colleen McMahon
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY  10007

Gary Silverman, Esq.
O'Dwyer & Bernstein, LLP
52 Duane Street, 5th Floor
New York, NY  10007

Joy Kim Mele
O'Dwyer and Bernstein, L.L.P.
52 Duane Street
New York, NY 10007